**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MONIQUE DEMAR,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PA CONSULTING GROUP, INC.,** )<br><u>et</u> <u>al</u>., )<br>)<br>**Defendants.** )<br>) | Civil Action No. 04-00826 (RCL) |

## ORDER

Upon consideration of defendants' motion [35] for summary judgment, and the entire record herein, for the reasons stated in the memorandum opinion issued June 30, 2006, it is hereby

ORDERED that defendant Hagler Bailly, Inc. is dismissed from this case; and it is further

ORDERED that defendants' PA Consulting Group, Inc. and PA Government Services, Inc. motion [35] for summary judgment is GRANTED; and it is further

ORDERED that this case is dismissed with prejudice. This is a final, appealable order.

SO ORDERED.


Signed by Royce C. Lamberth, U.S. District Judge, June 30, 2006.